UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale G. Mays and
Sylvia M. Wilhelmi,

Plaintiffs,

v.

ORDER
Civil No. 01-CV-1196(MJD/JGL)

Internal Revenue Service,

Defendant.

---

Defendant has moved the Court to dismiss this case without prejudice as Plaintiffs have failed to serve the Defendant within the time frame provided in Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are ordered to serve the complaint pursuant to the applicable state and federal rules of civil procedure within thirty (30) days from the date of this Order. Failure to serve Defendant within this time period will result in dismissal of this case without prejudice.

Date: 1-22-02

Michael J. Davis
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK