**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **DALE G. MAYS and SYLVIA M. WILHELMI,** | ) | |
| **Plaintiffs,** | ) | **Civ. Action No. 01-CV-1196 (MJD/JGL)** **ORAL ARGUMENT NOT REQUESTED** |
| **v.** | ) | |
| **INTERNAL REVENUE SERVICE** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS**

Before the Court is the United States' Motion to Dismiss for Failure to Prosecute and Failure to Serve Pursuant to Court's January 22, 2002, Order ("Motion to Dismiss").

**NOW, THEREFORE**, on consideration of the record before the Court, it is

**HEREBY ORDERED** that the United States' Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this 4th day of April, 2002 in Minneapolis, Minnesota.

Michael J. Davis

**MICHAEL J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______